```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 07211
   CLEORA COLE
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-7029

-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 04/20/2007 and was confirmed 07/09/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 11/03/2008.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
-----------------------------------------------------------------------
CONSUMER PORTFOLIO SERV    SECURED VEHIC    4289.53        436.36        1437.05
BANK OF MARIN              UNSECURED       NOT FILED          .00            .00
CAPITAL ONE AUTO FINANCE   UNSECURED       NOT FILED          .00            .00
PORTFOLIO RECOVERY ASSOC   UNSECURED         482.71           .00            .00
LEADING EDGE RECOVERY      UNSECURED       NOT FILED          .00            .00
LOAN EXPRESS CO            UNSECURED       NOT FILED          .00            .00
LOAN EXPRESS CO            UNSECURED         703.00           .00            .00
MIDLAND CREDIT MANAGEMEN   UNSECURED       NOT FILED          .00            .00
MIDLAND CREDIT MANAGEMEN   UNSECURED       NOT FILED          .00            .00
NATIONWIDE ACCEPTANCE~     UNSECURED       NOT FILED          .00            .00
PLAZA FINANCE              UNSECURED       NOT FILED          .00            .00
SURETY FINANCIAL SERVICE   UNSECURED       NOT FILED          .00            .00
UNIVERSAL LENDERS INC      UNSECURED        2709.55           .00            .00
RJM AQUISITIONS FUNDING    UNSECURED         100.98           .00            .00
JEFFERSON CAPITAL SYSTEM   UNSECURED         506.89           .00            .00
NIKO CREDIT SERVICES L P   UNSECURED         228.90           .00            .00
ERNESTO D BORGES JR        DEBTOR ATTY     2,500.00                       773.86
TOM VAUGHN                 TRUSTEE                                        202.73
DEBTOR REFUND              REFUND                                         375.00

        Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                       RECEIPTS         DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                3,225.00

PRIORITY                                         .00
SECURED                                     1,437.05
    INTEREST                                  436.36
UNSECURED                                        .00
ADMINISTRATIVE                                773.86
TRUSTEE COMPENSATION                          202.73

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 07211 CLEORA COLE
```

```
DEBTOR REFUND                                                   375.00
                                       ---------------    ---------------
TOTALS                                        3,225.00           3,225.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
     Dated: 02/24/09                    _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE